IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARON BROWN, et al.,

    Plaintiffs,

v.

IKON OFFICE SOLUTIONS, INC., and DOES 1-10 INCLUSIVE,

    Defendants.

No. C 09-03434 JSW

**ORDER SETTING BRIEFING SCHEDULE REGARDING MOTION TO STRIKE**

This matter is set for a hearing on October 16, 2009 at 9:00 a.m. on Defendant's motion to strike Plaintiffs' amended complaint. The opposition to this motion shall be filed by no later than September 18, 2009 and the reply, if any, shall be filed by no later than September 25, 2009. The Court HEREBY CONTINUES the hearing on Defendant's motion to dismiss to October 16, 2009.

If the Court determines that these matters are suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: September 4, 2009

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE