UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARON BROWN, RON SERRADELL, MILLIE BURKE,<br><br>Plaintiffs,<br><br>v.<br><br>IKON OFFICE SOLUTIONS, INC., DOES 1-10 INCLUSIVE<br><br>Defendants. | Case No. CV-09-3434JSW<br><br>[~~PROPOSED~~] ORDER IN SUPPORT OF THE PARTIES STIPULATION FOR CONTINUANCE OF HEARING DATE<br><br>Date:     September 25, 2009<br>Time:     9:00 a.m.<br>Courtroom: 11<br>Judge:    Hon. Jeffrey S. White |

After consideration of the Stipulation of the parties and the Request to continue the hearing date, and good cause appearing the Court continues the hearing date on the Defendant's Motion to Strike and Defendants Motion to Dismiss from October 16, 2009, in Courtroom 11, until October 23, 2009 in Courtroom 11, ~~and continues Plaintiffs oppostion memorandum from September 18, 2009 until October 3, 2009.~~ However, the parties did not show good cause to alter the briefing schedule. Therefore, the Court DENIES the request to alter the briefing schedule.

IT IS SO ORDERED.

Dated: September 17, 2009

_____
UNITED STATES DISTRICT COURT JUDGE