UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARON BROWN, RON SERRADELL, MILLIE BURKE,<br><br>Plaintiffs,<br><br>v.<br><br>IKON OFFICE SOLUTIONS, INC., DOES 1-10 INCLUSIVE<br><br>Defendants. | Case No. CV-09-3434JSW<br><br>ORDER PERMITTING LATE FILING OF PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION TO STRIKE PLAINTIFFS' FIRST AMENDED COMPLAINT<br><br>Date:           October 23, 2009<br>Time:          9:00 a.m.<br>Courtroom: 11<br>Judge:         Hon. Jeffrey S. White |

The Court having considered Plaintiffs' Request for late Filing, ORDERS that Plaintiffs' Opposition be filed by October 2, 2009 and Defendant's Reply, if any, by October 9, 2009.

Dated: October 2, 2009

_____
Hon. Jeffrey S. White