IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON BROWN, et al., | |
|     Plaintiffs, | No. C 09-03434 JSW |
| v. | |
| IKON OFFICE SOLUTIONS, INC., and DOES 1-10 INCLUSIVE, | **ORDER GRANTING PLAINTIFFS' REQUEST TO FILE THEIR LATE OPPOSITION** |
|     Defendants. | |

On September 28, Plaintiffs filed a request to file an opposition to Defendants' motion to strike on October 2, 2009. Pursuant to N.D. Civil Local Rule 7-11(b), Defendants' opposition to Plaintiffs' request was due by October 1, 2009. Pursuant to N.D. Civil Local Rule 7-11(c), Plaintiff's request was deemed submitted on October 2, 2009. On that day, the Court granted Plaintiffs' request. However, Plaintiffs did not file their opposition until October 6, 2009. Plaintiffs again request permission to file their opposition late.

Plaintiffs should have been prepared to file their opposition on October 2, 2009, the date they requested. The Court does not condone Plaintiffs' delay. Nevertheless, the Court prefers to address motions on the merits when possible. Therefore, the Court will accept Plaintiffs'

///

///

///

///

1  late filing.  Defendants shall have until October 14, 2009 to file a reply.  The hearing on
2  Defendants' motion to strike and motion to dismiss is CONTINUED to November 6, 2009 at
3  9:00 a.m.
4      **IT IS SO ORDERED.**

6  Dated: October 7, 2009

                                      JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California