UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARON BROWN, RON SERRADELL, MILLIE BURKE,<br><br>Plaintiffs,<br><br>v.<br><br>IKON OFFICE SOLUTIONS, INC., DOES 1-10 INCLUSIVE,<br><br>Defendants. | CASE NO. CV-09-3434 JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

GOOD CAUSE APPEARING, AND PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the initial Case Management Conference in this case be continued to January 15 , 2010 at 1:30 p.m. and that all related dates set forth in the Court's Order Setting Initial Case Management Conference and ADR deadlines be adjusted accordingly

Dated: October 15, 2009

_/s/ Jeffrey S. White_
The Honorable Jeffrey S. White
Judge of the U.S. District Court

East Palo Alto

WEST\21810744.1  [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE (CASE NO. CV-09-3434 JSW)