1

2

3

4

5

6                  UNITED STATES DISTRICT COURT

7                 NORTHERN DISTRICT OF CALIFORNIA

8                    SAN FRANCISCO DIVISION

9

10  SHARON BROWN, RON SERRADELL,          CASE NO.  CV-09-3434 JSW
    MILLIE BURKE,

11              Plaintiffs,              **ORDER CONTINUING CASE
                                         MANAGEMENT CONFERENCE**

12          v.

13  IKON OFFICE SOLUTIONS, INC.,
    DOES 1-10 INCLUSIVE,

14              Defendants.

15

16

17      GOOD CAUSE APPEARING, AND PURSUANT TO STIPULATION, IT IS HEREBY

18  ORDERED that the initial Case Management Conference in this case be continued to

19  __January 15_____, 2010 at 1:30 p.m. and that all related dates set forth in the Court's

20  Order Setting Initial Case Management Conference and ADR deadlines be adjusted accordingly

21

22  Dated:    October 15, 2009          _____

23                                      The Honorable Jeffrey S. White
                                        Judge of the U.S. District Court

24

25

26

27

28

WEST\21810744.1          [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE (CASE
                                                              NO. CV-09-3434 JSW)