UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARON BROWN, RON SERRADELL, MILLIE BURKE,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>IKON OFFICE SOLUTIONS, INC., DOES 1-10 INCLUSIVE,<br><br>　　　　　Defendants. | CASE NO.  CV-09-3434 JSW<br><br>**ORDER EXTENDING DISCOVERY CUTOFF** |

GOOD CAUSE APPEARING, AND PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the fact discovery cutoff in this case be extended to ___September 2___, 2010.

Dated: June 3, 2010

_/s/ Jeffrey S. White_
The Honorable Jeffrey S. White
Judge of the U.S. District Court

DLA Piper LLP (US)
East Palo Alto

WEST\21977923.1

[~~PROPOSED~~] ORDER EXTENDING DISCOVERY CUTOFF
(CASE NO. CV-09-3434 JSW)